1  Alison L. Lynch (SBN 240346)
   Nathan C. Yu (SBN 299516)
2  JACKSON LEWIS P.C.
   200 Spectrum Center Drive, Suite 500
3  Irvine, California 92618
   Telephone: (949) 885-1360
4  Facsimile: (949) 885-1380
   Email:  Alison.Lynch@jacksonlewis.com
5          Nathan.Yu@jacksonlewis.com

6  Attorneys for Defendant
   B. BRAUN MEDICAL INC.,
7  erroneously sued as B. BRAUN MEDICAL, INC.

8

                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN SANDOVAL, an individual, | Case No.: 8:20-cv-01786-DOC-KES |
| Plaintiff, | Trial Judge: Hon. David O. Carter<br>Magistrate Judge: Hon. Karen E. Scott |
| v. | **NOTICE OF SETTLEMENT** |
| B. BRAUN MEDICAL, INC., a corporation; and DOES 1 through 50, inclusive, | Complaint Filed: July 27, 2020<br>Removed: September 18, 2020 |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that Plaintiff Christian Sandoval and Defendant B. Braun Medical Inc. have reached a settlement in this matter. The parties and their counsel are preparing and finalizing formal settlement documents. The parties anticipate that they will file a Stipulation of Dismissal of this action within forty-five (45) days.

Dated: December 3, 2020                     HEIT LAW GROUP, P.C.

By: /s/ Brian M. Heit
    Brian M. Heit

Attorneys for Plaintiff
CHRISTIAN SANDOVAL

Dated: December 3, 2020                     JACKSON LEWIS P.C.

By: /s/ Nathan C. Yu
    Alison L. Lynch
    Nathan C. Yu

Attorneys for Defendant B. BRAUN MEDICAL INC.

4853-0100-8595, v. 1

## CERTIFICATE OF SERVICE

**U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CASE NAME:    CHRISTIAN SANDOVAL v. B. BRAUN MEDICAL, INC., et al.**

**CASE NUMBER: 8:20-cv-01786**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 200 Spectrum Center Drive, Suite 500, Irvine, CA 92618.

On December 3, 2020, I served the foregoing document(s) described as:

### NOTICE OF SETTLEMENT

in this action by placing a true copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| Brian M. Heit, Esq.<br>HEIT LAW GROUP, P.C.<br>340 South Lemon Avenue, Suite 8933<br>Walnut, CA 91789 | Attorneys for Plaintiff,<br>CHRISTIAN SANDOVAL<br><br>Tel : (310) 744-5227<br>Fax : (850) 254-1950<br>Email : Brian@heitlawgroup.com |

**[XX]   BY E-MAIL OR ELECTRONIC TRANSMISSION**

The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(E).

**[XX] FEDERAL**

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 3, 2020, at Irvine, California.

*/s/ Aracely Orizaba*
Aracely Orizaba

4825-0873-3131, v. 1

Case No. 8:20-cv-01786    1    PROOF OF SERVICE